## City of Dixon, Appellant, v. Jacob Mayer, Appellee.

### Gen. No. 5,896.   (Not to be reported in full.)

Appeal from the Circuit Court of Lee county; the Hon. RICHARD
S. FARRAND, Judge, presiding. Heard in this court at the October
term. 1913. Affirmed. Opinion filed April 15, 1914.

### Statement of the Case.

Action by City of Dixon against Jacob Mayer to en-
force an ordinance of the City of Dixon prohibiting
the keeping and maintaining of a house of ill fame
therein.  Proceedings were instituted in the justice
court, where defendant was tried before a jury, found
guilty and fined.  On appeal from the justice to the
Circuit Court a verdict of not guilty was returned and
judgment entered thereon.  To reverse the judgment
of the Circuit Court, plaintiff appeals.

MARK C. KELLER, for appellant.

BROOKS & BROOKS, for appellee.

MR. PRESIDING JUSTICE WHITNEY delivered the opin-
ion of the court.

### Abstract of the Decision.

1.  DISORDERLY HOUSE, § 2*—*when evidence of general reputation
incompetent.*  On trial of a person for keeping a house of ill fame,
testimony of a witness as to the general reputation of defendant's
house for chastity and morals in that community is incompetent.

2.  EVIDENCE, § 459*—*what inadmissible to prove testimony of a
deceased witness on former trial.*  On appeal from a justice of the
peace to the Circuit Court, the transcript of the evidence of a
witness who testified before the justice and who afterwards died,
*held* improperly admitted.

3.  EVIDENCE, § 459*—*foundation for introduction in evidence of
what a witness swore to on former trial.*  Proof merely that a certain
officer who tried to find a witness on subpœna failed to find him

---

*See Illinois Notes Digest, Vols. XI to XV and Cumulative Quarterly, same
topic and section number.

is insufficient to lay a foundation for the introduction in evidence at the trial on appeal to the Circuit Court of what he swore to before the justice.

4. MUNICIPAL CORPORATIONS, § 85*—*power to establish rules of evidence.* An ordinance declaring that general reputation shall be sufficient to convict a person of keeping a house of ill fame is void. A city cannot establish rules of evidence.

5. APPEAL AND ERROR, § 1561*—*when refusal of requested instruction harmless.* Refusal of a requested instruction embodied in an instruction given *held* not error.